UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| EARL JEROME LEE, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-00007 |
| | ) | JUDGE CRENSHAW |
| WILSON COUNTY JAIL-LEBANON, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 73), to which Plaintiff filed timely objections. (Doc. No. 76.) The Court has reviewed the Report and Recommendation, Plaintiff's objections, and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendants' motions for summary judgment (Docs. No. 33, 36) are **GRANTED**. Plaintiff's motion for summary judgment (Doc. No. 43) is **DENIED**. This case is **DISMISSED WITH PREJUDICE**. The remaining pending motions are **DENIED AS MOOT**.

This is the final order in this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE